**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00857-REB-KLM

AMANDA SLAVNIC,

      Plaintiff,

v.

CH2M HILL ACADEMY SERVICES, a Colorado limited liability company,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Blackburn, J.

      This matter is before me on the **Stipulated Motion for Dismissal With Prejudice** [#25][1] filed by the parties on December 11, 2013.  This stipulated motion is granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion for Dismissal With Prejudice** [#25] filed December 11, 2013, is **GRANTED**;

      2.  That the **Defendant CH2M Hill Academy Services, LLC's Motion to Dismiss the Complaint** [#10] filed May 10, 2013, and the **Recommendation of United States Magistrate Judge** [#24] filed November 14, 2013, are **DENIED as moot**;

      3.  That the combined Trial Preparation Conference and Final Pretrial Conference set May 30, 2014, and the trial by jury set to commence June 9, 2014, are

---

[1]   "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**VACATED**; and

4.  That this case is **DISMISSED** with prejudice with the parties to bear their own attorney fees and costs.

Dated December 17, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2